JAMES DONOHUE, as Administrator, etc., Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued February 10, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made May 25, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Mr. Whitehouse* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ANNA MAHONEY, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 10, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 2, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*A. S. Cassedy* for appellant.

*John M. Gardner* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.